William E. Bonham, SBN: 55478
Attorney at Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net


Attorney for defendant
Sonny Melvin Gonzalez


## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:12-CR-00399 JAM |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; ORDER |
| v. | DATE: September 27, 2022 |
| SONNY MELVIN GONZALES | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

### STIPULATION

Sonny Melvin Gonzales, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for an admit/deny hearing on September 27, 2022.

2.     By this stipulation, the defendant now moves to continue the admit/deny hearing until October 18, 2022, at 9:00 a.m.

///

///

///

///

3.      The parties agree and stipulate, and request that the Court find the following:

a)      Counsel for the defendant needs additional time to investigate the circumstances of the new violation as well as discuss and negotiate a potential disposition in this matter with the plaintiff attorney and the assigned Probation Officer and to consult with an out of custody client.

b)      The government does not object to the continuance. USPO has been notified and agrees with the continuance date.

c)      The provisions of the Speedy Trial Act are inapplicable because this matter is before the Court due to the defendant's violation of the terms of his supervised release.


IT IS SO STIPULATED.

Dated:  September 26, 2022

/s/ William E. Bonham
WILLIAM E. BONHAM
Counsel for Defendant
Sonny Melvin Gonzalez


Dated:  September 26, 2022

PHILLIP A, TALBERT
Acting United States Attorney


/s/ Justin Lee
JUSTIN LEE
Assistant United States Attorney

1

**FINDINGS AND ORD**

2

3      IT IS SO FOUND AND ORDERED this 26th day of September 2022.

4      .

5

6                                          /s/ John A. Mendez
                                    _____
7                                          THE HONORABLE JOHN A. MENDEZ
                                           SENIOR UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28